**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6281**

---

MAURICE EMILE,

       Plaintiff - Appellant,

    v.

L.T. EDMONS, Warden; EVANS, Unit Manager; D. SMITH, PREA Officer; STITH, PREA Officer; MASON, PREA Officer,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:23-cv-00150-PTG-IDD)

---

Submitted:  July 29, 2025                        Decided:  August 1, 2025

---

Before KING, WYNN, and BERNER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Maurice Emile, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Emile appeals the district court's order granting summary judgment to Defendants on Emile's 42 U.S.C. § 1983 claim alleging that prison officials failed to protect him from assaults by other inmates.  We have reviewed the record and find no reversible error.  Accordingly, we deny Emile's motion for injunctive relief and affirm the district court's order.  *Emile v. Edmons*, No. 1:23-cv-00150-PTG-IDD (E.D. Va. Mar. 5, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*